RECEIVED & FILED

FEB 17   11 19 AM '10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

Banks, Fredia Fuller

Case No.: 10-11043 - mkn AMENDED

Chapter: 13

Debtor(s)

## AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

- ____ Voluntary Petition (specify reason for amendment)
- ✓ Summary of Schedules
- ____ Statistical Summary of Certain Liabilities
- ____ Schedule A - Real Property
- ✓ Schedule B - Personal Property
- ✓ Schedule C - Property Claimed as exempt
- ____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    - ____ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
    - ____ Add/change address of already listed creditor - No fee
- ____ Schedule G - Executory Contracts and Unexpired Leases
- ____ Schedule H - CoDebtors
- ____ Schedule I - Current Income of Individual Debtor(s)
- ____ Schedule J - Current Expenditures of Individual Debtor(s)
- ____ Declaration Concerning Debtor's Schedules
- ____ Statement of Financial Affairs and/or Declaration
- ____ Chapter 7 Individual Debtor's Statement of Intention
- ____ Disclosure of Compensation of Attorney for Debtor(s)
- ____ Statement of Current Monthly Income and Means Test Calculation
- ____ Certification of Credit Counseling
- ____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 2/17/10    _____   _____
                   Debtor  Fredia Fuller Banks         Joint Debtor

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re  **Banks, Fredia Fuller**     ,            Case No.  **10-11043 - mkn AMENDED**
            Debtor

Chapter  **13**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 795,000.00 | | |
| B - Personal Property | YES | 3 | $ 36,851.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 635,301.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 27,786.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 7,600.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 7,590.00 |
| TOTAL | | 15 | $ 831,851.00 | $ 663,087.00 | |

B6B (Official Form 6B) (12/07)

In re   Banks, Fredia Fuller                            ,          Case No.   10-11043 - mkn AMENDED
　　　　　　　　Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY

　　　Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

　　　**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Location: | | $          0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods & Furnishsings Location:  3904 Six Gun N Las Vegas, NV 89032 | | $      5,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing Location: 3904 Six Gun N Las Vegas, NV 89032 | | $      3,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  __Banks, Fredia Fuller_____,  Case No. __10-11043 - mkn AMENDED__
              Debtor                                                           (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Pension Income Clark County School District | | $ 2,700.00 Monthly |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | TAX Refund<br>Earn Income Credit<br><br>Vehicle Accident Personal Injury Compensation | | UNKNOWN<br><br><br>$ 16,151.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Banks, Fredia Fuller                              ,     Case No.  10-11043 - mkn AMENDED
        Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2008  Nissan Titan     Mileage 34,000 - Estimate  Location: 3904 Six Gun  N Las Vegas, NV  89032 | | $     10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                      0      continuation sheets attached    Total➤     $     36,851.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re  Banks, Fredia Fuller                ,         Case No.  10-11043 - mkn AMENDED
         Debtor                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $136,875.
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Household Goods & Furnishings<br>Location: 3904 Six Gun<br>N Las Vegas, NV 89032 | N.R.S. 21.090 (1)(b) | $ 5,000.00 | $ 5,000.00 |
| Clothing<br>Location: 3904 Six Gun<br>N Las Vegas, NV 89032 | N.R.S. 21.090 (1)(b) | $ 3,000.00 | $ 3,000.00 |
| 2008 Nissan Titan<br>Location: 3904 Six Gun<br>N Las Vegas, NV 89032 | N.R.S. 21.090 (1)(f) | $ 40,130.00 | $ 10,000.00 |
| "Disposable earnings" | N.R.S. 21.090 (1) (g) | Maximum Allowed (75 %) | Maximum Allowed (75%) |
| 401(K)<br>Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans | N.R.S. 21.090(1)(q) | $ UNKNOWN | $ UNKNOWN |
| TAX Refunds<br>Earned Income Credit | N.R.S. 21.090 (1)(aa) | $ Maximum Allowed | $ UNKNOWN |
| Vehicle Accident Personal Injury Compensation | N.R.S. 21.090 (1)(u) | $ 16,151.00 | $ 16,151.00 |
| Pension & SS Income | N.R.S. 21.090 (1)(r)(1)(2) | $ 2,700.00 Monthly Currently | $ 2,700.00 Monthly Currently |