IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MAIN DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE: § | |
| BANKS FREDIA M. FULLER § | CASE NO.10-11043 |
| § | |
| § | |
| DEBTOR § | |
| BAC Home Loans Servicing, L.P. fka § | CHAPTER 13 |
| Countrywide Home Loans Servicing, L.P. § | |
| CREDITOR | |

NOTICE OF MORTGAGE PAYMENT CHANGE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Creditor, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and respectfully provides notice of a change of on-going mortgage payment as indicated below.

1. New Payment:     $ 408.54     Effective November 01, 2010

    a. Change Reason:     Escrow Change

    b. Principal and Interest: $ 335.44

    c. Escrow:     $ 73.10

    d. Total Payment:     $ 408.54

2. Loan Number:     xxxx2707

3. All future payments made on the above account should be made payable to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. and sent to 7105 Corporate Drive Mail Stop TX2-982-03-03, Plano, TX 75024-0000.

Dated: September 16, 2010

        Respectfully submitted,
        National Bankruptcy Services

        /s/ Brad Cloud
        Brad Cloud
        9441 LBJ Freeway Suite 250
        Dallas, TX 75243
        972-643-6600
        972-643-6698 (Telecopier)
        E-mail:notice@bkcylaw.com
        Authorized Agent for
        BAC Home Loans Servicing, L.P. fka Countrywide
        Home Loans Servicing, L.P.

**CERTIFICATE OF SERVICE**

      I, Brad Cloud, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest on September 16, 2010 via the method listed below:

Debtor's Attorney
FREDIA M. FULLER BANKS

via pre-paid regular U.S. mail:
Primary Debtor
BANKS FREDIA M. FULLER
3904 SIX GUN RD
NORTH LAS VEGAS, NV 89032

via electronic notification:
Chapter 13 Trustee
KATHLEEN A. LEAVITT
201 LAS VEGAS BLVD. SO. # 200
LAS VEGAS, NV 891010000

      /s/ Brad Cloud

10-11043

Any questions or objections should be directed to and served on
at the address below:

| | |
|---|---|
| Creditor: | BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. |
| Contact: | Customer Service |
| Address 1: | 2380 Performance Dr. Bldg C Mail Stop: RGV-C-32 |
| Address 2: | |
| City: | Richardson |
| State: | TX |
| Zip: | 75082 |
| Telephone: | 1-800-669-5224 |
| Fax: | 972-498-5932 |
| E-mail: | bankruptcy.administration@bankofamerica.com |

NOTICE OF MORTGAGE PAYMENT CHANGE    2