1  PITE DUNCAN, LLP
   EDDIE R. JIMENEZ (NV Bar #10376)
2  MATTHEW M. MCARTHUR (NV Bar #11649)
   ACE VAN PATTEN (NV Bar #11731)
3  701 Bridger Avenue, Suite 700
   Las Vegas, Nevada 89101
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5  E-mail:  ecfnvb@piteduncan.com

6  MAILING ADDRESS:
   4375 Jutland Drive, Suite 200
7  P.O. Box 17933
   San Diego, California 92177-0933
8
   Attorneys for   Secured CITIMORTGAGE, INC
9

10

11              UNITED STATES BANKRUPTCY COURT

12                    DISTRICT OF NEVADA

13  In re                          | Bankruptcy Case No. BK-S-10-11043-MKN
                                   | Chapter 13
14  FREDIA M FULLER BANKS,         |
                                   | CITIMORTGAGE, INC'S NOTICE OF
15                                 | ENTRY OF ORDER

16
            Debtor(s).
17

18
                    **NOTICE OF ENTRY OF ORDER**
19
       NOTICE IS HEREBY GIVEN that on December 22, 2010 an Order was entered in the
20
   above-entitled matter, a copy of which is enclosed herewith and served on the following parties:
21
                    SEE ATTACHED SERVICE LIST
22
   Dated: May 10, 2011            /s/ Matthew M. McArthur
23                                    4375 Jutland Drive, Suite 200
                                      P.O. Box 17933
24                                    San Diego, CA 92177-0933
                                      (702) 413-9692
25                                    NV Bar #11649
                                      Attorney for CITIMORTGAGE, INC
26

27

28